UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADVANCED SURGERY CENTER, <br><br>　　　　　　　　　　Plaintiff(s), <br><br> v. <br><br> MAGNACARE, JOHN DOE, ABC CORP., <br><br>　　　　　　　　　　Defendant(s), | Case No.: 3:10-CV-03778-MLC-LHG <br><br> CIVIL ACTION <br><br> **CONSENT ORDER PERMITTING PLAINTIFF TO AMEND THE COMPLAINT** |

THIS MATTER HAVING been opened to the Court by the Law Firm of Law Offices of Joseph A. Massood, (Patricia Lynn Howlett, Esq. appearing) attorneys for the Plaintiff, Advanced Surgery Center and Ronald Horowitz, Esq., attorneys for Magnacare, and the Court having read and considered the matter and it further appearing from the pleadings filed in this matter and for good cause shown;

IT IS ON THIS _30th_ DAY OF _November_, 2010:

ORDERED AS FOLLOWS:

1. Plaintiff shall be and is hereby permitted to amend its Complaint to name Local 272 Welfare Fund as a Defendant;

2. The Amended Complaint shall be filed within five (5) days of the entry of the within Consent Order.

3. That this matter is scheduled for a telephone conference on December 21, 2010 at 11 a.m. with Plaintiff's counsel initiating the call and counsel for all parties appearing.

4. A copy of this Order shall be served upon all parties of interest within ___3___ days from the date hereof.

*including the [illegible]*

_____
HON. LOIS H. GOODMAN

**AGREED TO BY CONSENT:**

RONALD HOROWITZ, ESQ.                    Law Offices of Joseph A. Massood

By: _____              By: _____
RONALD HOROWITZ, ESQ.                    PATRICIA LYNN HOWLETT, ESQ.
Attorneys for Magnacare *Admin.*         Attorneys for Advanced Surgery Center
*Services, Inc.*

f:\wp51\majormed\advanced\consent order to amend complaint.doc